1 ROBERT K. PHILLIPS
Nevada Bar No. 11441
2 BETSY C. JEFFERIS
Nevada Bar No. 12980
3 **PHILLIPS, SPALLAS & ANGSTADT LLC**
4 504 South Ninth Street
Las Vegas, Nevada 89101
5 (702) 938-1510
(702) 938-1511 (Fax)
6 rphillips@psalaw.net
7 bjefferis@psalaw.net

8 *Attorneys for Defendants Wal-Mart Stores, Inc.,
Sam's West, Inc., and Scott Farrington*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WAYNE HITCHCOCK,<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES, INC; SAM'S WEST INC d/b/a SAM'S CLUB STORE #6261; SCOTT FAIRINGTON, individually; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-03115-APG-VCF<br><br>**JOINT STATUS REPORT REGARDING REMOVAL** |

Plaintiff WILLIAM WAYNE HITCHCOCK ("Plaintiff") and Defendants WAL-MART STORES, INC. ("Walmart") and SAM'S WEST, INC. ("Sam's West") (hereinafter collectively "Defendants") hereby submit their Joint Status Report Regarding Removal as follows:

Plaintiff filed his Complaint on December 5, 2017 in the Eighth Judicial District Court, Clark County of the State of Nevada.

Defendants were served with the Summons and Complaint on December 6, 2017.

Defendants filed their Answer on December 15, 2017.

Defendants removed this action to the United States District Court, District of Nevada on December 26, 2017.

Walmart filed its Statement Regarding Removal on January 23, 2018,

The parties held their FRCP 26(f) conference on January 26, 2018.

There are two pending motions with the Court: (1) Defendants' Motion to Dismiss Defendant Scott Farrington; and (2) Plaintiff's Motion to Remand to State Court.

DATED this 26th day of January, 2018.　　　　DATED this 26th day of January, 2018.

/s/ Garnet E. Beal　　　　　　　　　　　　　　/s/ Betsy C. Jefferis

GARNET E. BEAL, ESQ.　　　　　　　　　　BETSY C. JEFFERIS
Nevada Bar No. 12693　　　　　　　　　　　Nevada Bar. No. 12980
RICHARD HARRIS LAW FIRM　　　　　　PHILLIPS, SPALLAS & ANGSTADT, LLC
801 South Fourth Street　　　　　　　　　　504 South Ninth Street
Las Vegas, NV 89101　　　　　　　　　　　Las Vegas, Nevada 89101

*Attorneys for Plaintiff*　　　　　　　　　　　*Attorneys for Defendants Wal-Mart Stores,*
*William Hitchcock*　　　　　　　　　　　　*Inc., Sam's West, Inc., and Scott Farrington*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1-26-2018

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2018, I served a true and correct copy of the foregoing, **JOINT STATUS REPORT REGARDING REMOVAL**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or
☒ By Electronic Filing/Service Notification through CM/ECF File & Serve to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| RICHARD A. HARRIS., ESQ.<br>Nevada Bar No. 505<br>GARNET E. BEAL, ESQ.<br>Nevada Bar No. 12693<br>RICHARD HARRIS LAW FIRM<br>801 South Fourth Street<br>Las Vegas, NV 89101 | Phone 702-444-4444<br>Fax    702-444-4455 | Plaintiff |

_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC